| | | | |
|---|---|---|---|
| Com. v. Gantz | 492 MDA 2016<br>Affirmed | 12/09/2016 | CP–06–CR–0002557–<br>2015<br>(Berks) |
| Com. v. Croom | 506 MDA 2016<br>Affirmed | 12/09/2016 | CP–06–CR–0001238–<br>2015<br>(Berks) |
| Com. v. Robinson | 714 MDA 2016<br>Affirmed | 12/09/2016 | CP–29–CR–0000210–<br>2011<br>(Fulton) |
| VFC Partners 8, LLC v. Mohammadi | 738 MDA 2016<br>Affirmed | 12/09/2016 | 2011–1151<br>(Huntingdon) |
| Com. v. Saldana | 799 MDA 2016<br>Affirmed | 12/09/2016 | CP–36–CR–0002999–<br>2008<br>(Lancaster) |
| In re Adoption of T.T.H. | 1130 MDA 2016<br>Affirmed | 12/09/2016 | 2016–0020a<br>(York) |
| In the Interest of: T.T.H. | 1133 MDA 2016<br>Affirmed | 12/09/2016 | CP–67–DP–0000154–<br>2014<br>(York) |
| Com. v. Lane | 655 WDA 2015<br>Affirmed | 12/09/2016 | CP–63–CR–0001170–<br>2012<br>(Washington) |
| Pittsburgh Properties v. Casteel | 1597 WDA 2015<br>Affirmed | 12/09/2016 | GD–14–012850<br>(Allegheny) |
| Com. v. Smith, D. | 1675 WDA 2015<br>Affirmed | 12/09/2016 | CP–07–CR–0000780–<br>2014<br>(Blair) |
| Com. v. Smith, L. | 1802 WDA 2015<br>Affirmed | 12/09/2016 | CP–07–CR–0001414–<br>2014<br>CP–07–CR–0001415–<br>2014<br>CP–07–CR–0001420–<br>2014<br>CP–07–CR–0001422–<br>2014<br>CP–07–CR–0001426–<br>2014<br>CP–07–CR–0001427–<br>2014<br>(Blair) |
| Com. v. Moyer | 1947 WDA 2015<br>Affirmed | 12/09/2016 | CP–53–CR–0000058–<br>2005<br>CP–53–CR–0000138–<br>2005<br>(Potter) |
| Com. v. Moyer | 1948 WDA 2015<br>Affirmed | 12/09/2016 | CP–53–CR–0000058–<br>2005<br>(Potter) |
| Com. v. Moyer | 1949 WDA 2015<br>Affirmed | 12/09/2016 | CP–53–CR–0000057–<br>2005<br>CP–53–CR–0000058–<br>2005<br>CP–53–CR–0000138–<br>2005<br>(Potter) |